Christopher R. Thomas, Esq. (SBN 262204)
**Fidelity National Law Group**
2999 Oak Road, Suite 550
Walnut Creek, CA 94597
Telephone (925) 817-3718
Facsimile (925) 930-9588

Attorney for Creditor, Fidelity National
Title Insurance Company, a Florida corporation

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KENNETH W. MATTSON,<br><br>       Debtor.<br>_____<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation<br><br>       Plaintiff,<br><br>    v.<br><br>KENNETH W. MATTSON PARTNERS, LP,<br><br>       Defendant.<br>_____/ | Chapter 7<br>Bankruptcy Case No. 24-10714<br>Adversary Proceeding No. 25-01024<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, declare that I am employed in the County of Contra Costa. I am over the age of 18 years and not a party to the within entitled action. My business address is 2999 Oak Road, Suite 550, Walnut Creek, CA 94597.

    On December 23, 2025, I served the within **Order re Initial Disclosures and Discovery Conference, Notice, and BDRP Information Sheet** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Walnut Creek, California, to all parties entitled to receive regularly mailed notices, addressed as follows:

        **SEE ATTACHED SERVICE LIST**

If the Chapter 7 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

    I declare, under penalty of perjury, that the foregoing is true and correct. Executed on December 23, 2025 at Walnut Creek, California.

Dated: December 23, 2025                       _/s/ Tami Lee_

Rev. 2/05

**In re: Fidelity National Title Insurance Company v. Kenneth W. Mattson**
**U.S. Bankruptcy Court for the Northern District of California Case No. 24-10714;**
**Adversary Proceeding Case No. 25-01024**

## SERVICE LIST

| *Debtor* | *Attorney for Kenneth W. Mattson* |
|---|---|
| **Kenneth W. Mattson**<br>P.O. Box 5490<br>Vacaville, CA 95696<br>SONOMA-CA<br>SSN/ITIN: xxx-xx-6074 | **Ruth Elin Auerbach**<br>Law Offices of Ruth Elin Auerbach<br>236 West Portal Ave., #185<br>San Francisco, CA 94127<br>(415) 673-0560<br>Email: ruth.auerbach.esq@gmail.com |