RUTH ELIN AUERBACH (SBN 104191)
Law Office of Ruth Auerbach
236 West Portal Ave., #185
San Francisco, CA 94127
Telephone: (415) 722-5596
Facsimile: (415) 349-4555
e-mail: Ruth.auerbach.esq@gmail.com

Attorney for KENNETH MATTSON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>KENNETH W. MATTSON,<br><br>            Debtor.<br>_____<br>FIDELITY NATIONAL TITLE, etc.,<br><br>            Plaintiff,<br>Vs.<br><br>KENNETH W. MATTSON,<br><br>            Defendant. | Case No.: 24-10714<br><br>Chapter 7<br><br><br><br>AP. No. 25-01024<br><br>**ANSWER TO COMPLAINT** |

      KENNETH W. MATTSON, the Defendant herein, hereby answers the Complaint filed by FIDELITY NATIONAL TITLE INSURANCE COMPANY for Nondischargeability of Debt ("Complaint") as follows:

1. Defendant admits the allegations contained in Paragraphs 1 through 5 of the Complaint.

2. Defendant admits the allegations of Paragraphs 7 through 12 of the Complaint.

3. Defendant lacks sufficient knowledge or belief to admit or deny the allegations contained in Paragraph 13 of the Complaint and on that basis denies those allegations.

4. Defendant denies the allegations contained in Paragraphs 14 and 15 of the Complaint.

5. Defendant lacks sufficient knowledge or belief to admit or deny the allegations contained in Paragraphs 16 and 17 of the Complaint and on that basis denies those allegations.

6. Defendant denies the allegations contained in Paragraphs 18 and 19 of the Complaint.

7. Defendant lacks sufficient information or belief to admit or deny the allegations contained in Paragraphs 20, 21, 22 and 23 of the Complaint and on that basis denies those allegations.

8. Defendant Admits the allegations contained in Paragraphs 24, 25 and 26 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a first and separate affirmative defense, the Defendant alleges that the Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

As a second and separate affirmative defense, the Defendant alleges that any damages incurred by Plaintiff were due to Plaintiff's own negligence and omissions and not due to any actions on the part of Defendant.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs failed to mitigate their damages, if any, complained of herein.

## FOURTH AFFIRMATIVE DEFENSE

Defendants reserve the right to assert additional affirmative defenses should they subsequently learn of additional facts to support such defenses.

WHEREFORE, Defendant prays that Plaintiff take nothing by way of its Complaint, for Plaintiff's costs of suit and attorneys' fees incurred herein, and for such other and further relief as the Court deems appropriate.

Dated: January 23, 2026  LAW OFFICE OF RUTH AUERBACH

By: /s/ Ruth Elin Auerbach ,
RUTH ELIN AUERBACH, Attorney for
Debtor, KENNETH W. MATTSON