RUTH ELIN AUERBACH (SBN 104191)
Law Office of Ruth Auerbach
236 West Portal Ave., #185
San Francisco, CA 94127
Telephone: (415) 722-5596
Facsimile: (415) 349-4555
e-mail: Ruth.auerbach.esq@gmail.com

Attorney for KENNETH MATTSON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 24-10714 |
| KENNETH W. MATTSON, | Chapter 7 |
| Debtor. | |
| FIDELITY NATIONAL TITLE, etc., | AP. No. 25-01024 |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS OF DEFENDANT** |
| Vs. | |
| KENNETH W. MATTSON, | |
| Defendant. | |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Debtor's mailing address has changed. His current mailing address is:

P. O. Box 2742
Napa, California 94558-0742

Dated: January 23, 2026                LAW OFFICE OF RUTH AUERBACH

By: /s/ Ruth Elin Auerbach            ,
RUTH ELIN AUERBACH, Attorney for
Debtor, KENNETH W. MATTSON