Christopher R. Thomas, Esq. (SBN 262204)
**FIDELITY NATIONAL LAW GROUP**
2999 Oak Road, Suite 550
Walnut Creek, CA 94597
Telephone: (925) 817-3718
Facsimile: (925) 930-9588
Email: christopher.thomas@fnf.com

Attorney for Creditor
FIDELITY NATIONAL TITLE INSURANCE
COMPANY, a Florida corporation

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>KENNETH W. MATTSON,<br><br>       Debtor.<br>_____<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation<br><br>       Plaintiff,<br><br>   v.<br><br>KENNETH W. MATTSON, an individual;<br><br>       Defendant. | Bankruptcy Case No.: 24-10714 CN<br><br>Chapter 7<br><br>Adv. Proc. No.: 25-01024<br><br>**PLAINTIFF'S PROPOSED DISCOVERY PLAN**<br><br>Date:    March 4, 2026<br>Time:   11:00 a.m.<br>Dept.:   215<br><br>Date Bankruptcy Filed:  November 22, 2024<br>Date Adv. Cmplt. Filed:  December 22, 2025<br>Trial Date:  None Set |

     1.     **Changes to the Timing, Form, or Requirements of the Initial Disclosures.** Plaintiff is not requesting any modifications regarding the Initial Disclosures' form, timing, or requirements at this time.

1
FNTIC v. MATTSON, et al./Bankruptcy Case No. 24-10714/Adv. Proc. No. 25-1024
PLAINTIFF'S DISCOVERY PLAN

Case: 25-01024  Doc# 10  Filed: 02/27/26  Entered: 02/27/26 12:38:27  Page 1 of 3

2. **Timing, Subject Matter, and Limitations of Discovery.** Plaintiff proposes the following schedule:

| | |
|---|---|
| Deadline to exchange Initial Disclosures: | February 25, 2026 |
| Close of fact discovery: | June 26, 2026 |
| Designation of experts: | July 24, 2026 |
| Expert reports: | August 28, 2026 |
| Designation of rebuttal experts: | September 14, 2026 |
| Rebuttal expert reports: | October 5, 2026 |
| Close of expert discovery: | November 6, 2026 |

The subject matter of the discovery shall be based on 11 U.S.C. §523(a)(2)(A), as Plaintiff alleges Defendants received property and/or an extension, renewal, or refinance of credit by fraud.

**The Subject of Any Orders to be Entered under Fed.R.Bankr.P. 7016(b) and (c) and 7026(a)(1)(E).** None at this time.

Dated: February 26, 2026

FIDELITY NATIONAL LAW GROUP

BY: _____
Christopher R. Thomas, Esq.
Attorneys for Plaintiff
FIDELITY NATIONAL TITLE INSURANCE COMPANY

2
FNTIC v. MATTSON, et al./Bankruptcy Case No. 24-10714/Adv. Proc. No. 25-1024
PLAINTIFF'S DISCOVERY PLAN

Case: 25-01024    Doc# 10    Filed: 02/27/26    Entered: 02/27/26 12:38:27    Page 2 of 3

Christopher R. Thomas, Esq. (SBN 262204)
**Fidelity National Law Group**
2999 Oak Road, Suite 550
Walnut Creek, CA 94597
Telephone (925) 817-3718
Facsimile (925) 930-9588
Email: Christopher.thomas@fnf.com

Attorney for Creditor, Fidelity
National Title Insurance Company,
a Florida corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br> KENNETH W. MATTSON,<br><br>   Debtor.<br>_____ | Chapter 7<br>Case No. 24-10714 CN<br>Adversary Proceeding No. 25-01024<br><br>**CERTIFICATE OF SERVICE** |
| FIDELIT NATIONAL TITLE INSURANCE COMPANY, a Florida corporation<br><br>   Plaintiff,<br><br> v.<br><br>KENNETH W. MATTSON, an individual,<br><br>   Defendant.<br>_____/ | |

    I, the undersigned, declare that I am employed in the County of Contra Costa. I am over the age of 18 years and not a party to the within entitled action. My business address is 2999 Oak Road, Suite 550, Walnut Creek, CA 94597

    On February 27, 2026, I served the within PLAINTIFF'S PROPOSED DISCOVERY PLAN by electronic mail to the parties listed below entitled to receive regularly mailed notices, addressed as follows:

Ruth Elin Auerbach, Esq.
Email: ruth.auerbach.esq@gmail.com

I declare, under penalty of perjury, that the foregoing is true and

correct. Executed on February 27, 2026 at Walnuit Creek, California.

Dated: February 27, 2026            /s/ *Tami Lee*
                                                       _____

Rev. 2/05