Christopher R. Thomas, Esq. (SBN 262204)
**FIDELITY NATIONAL LAW GROUP**
2999 Oak Road, Suite 550
Walnut Creek, CA 94597
Telephone: (925) 817-3718
Facsimile: (925) 930-9588
Email: christopher.thomas@fnf.com

Attorney for Judgment Creditor
FIDELITY NATIONAL TITLE INSURANCE
COMPANY, a Florida corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>KENNETH W. MATTSON,<br><br>      Debtor.<br>_____<br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation<br><br>      Plaintiff,<br><br>    v.<br><br>KENNETH W. MATTSON;<br><br>      Defendant, | Bankruptcy Case No.: 24-10714<br><br>Chapter 7<br><br>Adv. Proc. No.: 25-01024<br><br>**STIPULATION TO AMEND JOINT DISCOVERY PLAN**<br><br>Bankruptcy Filed:     November 22, 2024<br><br>Adv. Proc. Filed:     December 22, 2025<br><br>Trial Date:     None Set |

//

//

//

1

Case: 25-01024   Doc# 18   Filed: 06/24/26   Entered: 06/24/26 09:53:49   Page 1 of 2

Plaintiff FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation ("FNTIC") and Defendant KENNETH W. MATTSON ("Mattson") hereby stipulate and agree to amend the discovery plan as follows:

| | |
|---|---|
| Deadline to exchange Initial Disclosures: | February 25, 2026 |
| Close of fact discovery: | August 28, 2026 |
| Designation of experts: | September 18, 2026 |
| Expert reports: | October 9, 2026 |
| Designation of rebuttal experts: | October 30, 2026 |
| Rebuttal expert reports: | November 20, 2026 |
| Close of expert discovery: | December 11, 2026 |

The subject matter of the discovery shall be based on 11 U.S.C. §523(a)(2), as Plaintiff alleges Defendants received property and/or an extension, renewal, or refinance of credit by fraud.

Dated: June 22, 2026                    FIDELITY NATIONAL LAW GROUP


BY: ___/s/ *Christopher R. Thomas*_____
Christopher R. Thomas, Esq.
Attorneys for Plaintiff
FIDELITY NATIONAL TITLE INSURANCE COMPANY
a Florida corporation


Dated: June _23_, 2026                    LAW OFFICE OF RUTH AUERBACH


BY: ___/s/ *Ruth Elin Auerbach*_____
Ruth Elin Auerbach, Esq.
Attorneys for Defendant
KENNETH W. MATTSON

2

Case: 25-01024   Doc# 18   Filed: 06/24/26   Entered: 06/24/26 09:53:49   Page 2 of 2