ALVIN M. GOMEZ (SBN 137818)
alvingomez@thegomezlawgroup.com
DAVID FINN (SBN 249247)
david@thegomezlawgroup.com
BORIS SMYSLOV (SBN 297252)
boris@thegomezlawgroup.com
GOMEZ LAW GROUP
2725 Jefferson Street, Suite 3
Carlsbad, California 92008
Telephone: (858) 552-0000

Attorney for Plaintiff Estate of BRAD DRIVER,
by and through the Personal Representative and
Administrator of his estate, MARIAH DRIVER

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California corporation, *et al.*,[1]<br><br>Debtors. | Case No. 24−10545 (CN) (Lead Case)<br>(Jointly Administered)<br>Adversary Proceeding No. 25-01025<br><br>Chapter 11<br><br>**AMENDED STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULES ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT** |
| Estate of BRAD DRIVER, by and through the Personal Representative and Administrator of his estate, MARIAH DRIVER,<br><br>        Plaintiffs,<br><br> vs.<br><br>SETH PETER WELLISCH; and DOES 1-20, inclusive,<br><br>        Defendants. | Motion to Remand<br>Stipulated Date:   April 24, 2026<br>Time:                11:00 a.m.<br>Location:          Courtroom<br>Judge:             Hon. Charles Novack<br><br>Motion for More Definite Statement<br>Stipulated Date:   June 26, 2026<br>Time:                11:00 a.m.<br>Location:          Courtroom<br>Judge:             Hon. Charles Novack |

[1]     The last four digits of LeFever Mattson's tax identification number are 7537.  The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060.  KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075.  The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621.  Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

This *Amended Stipulation to Set Hearings and Briefing Schedules on Plaintiffs' Motion to Remand and Defendant's Motion for More Definite Statement* (this "Stipulation") is made by and among Debtor and Debtor in Possession Home Tax Service of America, Inc. ("Home Tax"), by and through its undersigned counsel; Estate of Brad Driver, by and through the Personal Representative and Administrator of his estate, Mariah Driver, (collectively, "Plaintiffs"), by and through their undersigned counsel; and Seth Peter Wellisch ("Mr. Wellisch"), by and through his undersigned counsel (collectively, the "Parties"), in reference to and consideration of the following:

## RECITALS

A.    On November 17, 2025, Home Tax filed a *Notice of Removal of Lawsuit Pending in Superior Court for the State of California, Sacramento County, to Bankruptcy Court Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027(A)* [Dkt. No. 1],[2] removing the underlying action, *Estate of Brad Driver, By and through the Personal Representative and Administrator of his estate, Mariah Driver v. Seth Peter Wellisch, et al.*, Case No. 25CV023179 (the "Action"), from the Superior Court of California, County of Sacramento (the "Superior Court") to the United States Bankruptcy Court for the Eastern District of California (the "Eastern District Bankruptcy Court").

B.    On December 15, 2025, Home Tax filed in the Eastern District Bankruptcy Court a *Motion of Debtor Home Tax Service of America, Inc. to Transfer Venue to the United States Bankruptcy Court for the Northern District of California Under 28 U.S.C. § 1412 and Fed. R. Bankr. P. 7087* [Dkt. No. 7] (the "Motion to Transfer").

C.    On December 16, 2025, Plaintiffs filed in the Eastern District Bankruptcy Court a *Motion for Remand and Opposition to Notice of Removal* (the "Motion for Remand") [Dkt. No. 11].

D.    On December 17, 2025, Mr. Wellisch filed in the Eastern District Bankruptcy Court *Seth Peter Wellisch's Motion for More Definite Statement* (the "Motion for More Definite Statement") [Dkt. No. 16].

---

[2] Docket references are to the docket of this Adversary Proceeding No. 25-01025.

E. On December 17, 2025, the Eastern District Bankruptcy Court granted Home Tax's Motion to Transfer the Action to this Court [Dkt. No. 20].

F. On December 30, 2025 the Court set a Status Conference to be held on March 4, 2026 at 11:00. AM [Dkt. No. 27].

G. On December 31, 2025, the Court granted the Order on Stipulation to Set Hearings and Briefing Schedules on Plaintiffs' Motion to Remand and Defendant's Motion for More Definite Statement [Dkt. No. 29].

H. On January 8, 2026 the Parties filed a Stipulation to Reset Hearing and Briefing Schedules on Plaintiff's Motion to Remand and Defendants Motion for More Definite Statement. (Dkt. No. 31)

I. On January 8, 2026 the Court issued an Order on Stipulation to Reset Hearing and Briefing Schedules on Plaintiff's Motion to Remand and Defendants Motion for More Definite Statement, setting Plaintiff's Motion for Remand for hearing on February 20, 2026 at 11:00 a.m. and Defendants Motion for More Definite Statement on March 27, 2026 at 11:00 a.m. (Dkt. No. 32)

J. On January 29, 2026, the Court changed hearing date for Defendants Motion for More Definite Statement to March 25, 2026 at 11:00 a.m. (Dkt. No. 33)

K. On February 6, 2026, Debtor and Debtor in Possession Home Tax Service of America, Inc. filed a 25 pages long Opposition to Plaintiff's Motion to Remand. (Dkt. No. 35)

L. Debtor and Debtor in Possession Home Tax Service of America, Inc. had altogether about 52 days to prepare a response to Plaintiff's Motion to Remand.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT ORDER THAT:**

1. The Parties hereby agree that it is reasonable and appropriate to reset the hearing on the Plaintiffs' Motion for Remand, from February 20, 2026 to April 24, 2026.

2. The new deadline for Plaintiffs to reply in support of the Motion for Remand will be April 17, 2026.

3. The Parties hereby agree that it is reasonable and appropriate to reset the hearing on Mr. Wellisch's Motion for More Definite Statement from March 25, 2026, to June 26, 2026.

4. The new deadline for Plaintiffs to respond to the Motion for More Definite Statement will be June 12, 2026.

5. The new deadline for Mr. Wellisch to reply in support of the Motion for More Definite Statement will be June 19, 2026.

6. The Parties further agree that it is reasonable and appropriate to reset the Case Management Conference from March 4, 2026 to June 26, 2026.

7. A proposed order requesting approval of this stipulated agreement shall be promptly uploaded concurrent with the filing of this stipulation.

**IT IS SO STIPULATED:**

Dated: February 25, 2026

**KELLER BENVENUTTI KIM LLP**

By: /s/ David A. Taylor

David A Taylor

*Attorneys for Debtor and Debtor in Possession Home Tax Service of America, Inc.*

**GOMEZ LAW GROUP, P.C.**

By: */s/ Alvin M. Gomez*

Alvin M. Gomez

*Attorneys for Plaintiffs Estate of Brad Driver, by and through the Personal Representative and Administrator of his estate, Mariah Driver*

**SEYFARTH SHAW LLP**

By: /s/ *Peter J. Roberts*
Peter J. Roberts

*Attorneys for Seth Peter Wellisch*